**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  REASSIGNMENT OF JUDGE OF : THE COURT OF COMMON PLEAS OF : THE FIFTH JUDICIAL DISTRICT OF : PENNSYLVANIA : : | No. 341 Common Pleas Judicial Classification Docket |

**O R D E R**

**PER CURIAM:**

AND NOW, this 29th day of March, 2017, upon consideration of the Petition of Jeffrey A. Manning, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the reassignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following reassignment is approved:

From the Juvenile Section of the Family Division to the Civil Division

The Honorable John T. McVay, Jr.